UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ELDER,

    Petitioner,

v.                                        Case No. 3:24cv115-TKW-HTC

RICKY DIXON,

    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13) and Petitioner's objections (Doc. 14). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition should be denied. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. § 2254 challenging the conviction in *State v. Elder*, 2014-CF-564, in the First Judicial District, in and for Walton County, Florida is **DENIED** without an evidentiary hearing.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE AND ORDERED** this 2nd day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**